## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Latrell Harris
                              Plaintiff,

v.                                              Case No.: 1:20−cv−07296
                                                Honorable Steven C. Seeger

GOHEALTH, LLC
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 8, 2022:

    MINUTE entry before the Honorable Steven C. Seeger: Pursuant to the Joint Stipulation of Dismissal (Dckt. No. [47]) and to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) this case is dismissed with prejudice. Each party to this matter shall bear its own costs and attorneys' fees. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.